**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 282 WAL 2019

        Respondent                :
                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

             v.                               :

THOMAS EUGENE BEEBE, II,           :

        Petitioner                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.